UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CARLTON KNOWLES,** | |
| **Plaintiffs,** | 24-cv-9933 |
| -against- | <u>**ORDER OF DISCONTINUANCE**</u> |
| **MOM ENTERPRISES, LLC** | |
| **Defendants.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within forty-five (45) days. All deadlines are adjourned *sine die*.

**SO ORDERED.**

Dated:   February 20, 2025
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**